■ LAUREN K. BEAMUD et al., Respondents, v DEBORAH GRAY, Appellant. [844 NYS2d 269]—Order, Supreme Court, New York County (Milton A. Tingling, J.), entered January 23, 2007, which granted plaintiffs' motion for partial summary judgment on the issue of liability, unanimously affirmed, without costs.

Plaintiffs made a prima facie showing of their entitlement to judgment as a matter of law by demonstrating they were crossing the street, within the crosswalk, with the light in their favor, when they were struck by defendant's vehicle, which was making a left turn (*see Hoey v City of New York*, 28 AD3d 717 [2006]; *Zabusky v Cochran*, 234 AD2d 542 [1996]). Defendant's unsupported speculation as to plaintiffs' alleged comparative negligence was insufficient to raise an issue of fact (*see Jermin v APA Truck Leasing Co.*, 237 AD2d 255 [1997]). Concur—Lippman, P.J., Mazzarelli, Friedman, Marlow and Buckley, JJ.

■ In the Matter of TRAVIS V., a Person Alleged to be a Juvenile Delinquent, Appellant. [843 NYS2d 829]—Order of disposition, Family Court, Bronx County (Juan M. Merchan, J.), entered on or about January 25, 2007, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that he committed acts which, if committed by an adult, would constitute the crimes of assault in the second degree, obstruction of governmental administration in the second degree, and resisting arrest, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

The court's finding was based on legally sufficient evidence and was not against the weight of the evidence. There is no basis for disturbing the court's determinations concerning credibility (*see People v Bleakley*, 69 NY2d 490, 495 [1987]). The officer's testimony established all the elements of the crimes at issue. Concur—Lippman, P.J., Mazzarelli, Friedman, Marlow and Buckley, JJ.